# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| ESTEVAN HARTLEY, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action File No. |
| v. | ) | 1:10-cv-0364-TWT |
| | ) | |
| DELANOR, KEMPER & ASSOCIATES, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

COME NOW, all parties of record that have made an appearance in this action and file this Stipulation of Dismissal with Prejudice by which all parties stipulate to the dismissal of all claims asserted in this action with prejudice pursuant to Rule 41(a)(1)(A)(ii), all parties to bear their own attorney fees and costs.

Respectfully submitted this 5th day of November, 2010.

/s/ Alex Simanovsky
Alex Simanovsky, Esq.
Georgia Bar No:
Alex Simanovsky & Associates, LLC
2300 Henderson Mill Road, Suite 300
Atlanta, Georgia 30345

*Counsel for Plaintiff*

/s/John H. Bedard, Jr.
John H. Bedard, Jr.
Georgia Bar No: 043473
Bedard Law Group, P.C.
2810 Peachtree Industrial Blvd.
Suite D
Duluth, GA 30097

*Counsel for Defendant*